James Crisfield, as Supervisor of the Town of North Dansville, Respondent, v. James Murdock, James W. Wadsworth and others, Respondents, John Hyland and George Hyland, Appellants. — Order appealed from affirmed, with ten dollars costs and disbursements.

William H. Ketchum, Appellant, v. Eugene E. Lewis, Respondent. — Order appealed from reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. Opinion by Macomber, J.

Catherine S. Seifert, Appellant, v. Richard Caverly, Respondent. — Order of County Court of Erie county appealed from affirmed, with ten dollars costs and disbursements. Opinion by Lewis, J

Mary S. Huber, Appellant, v. John Bletzer, Respondent. — Judgment and order appealed from affirmed. Opinion by Macomber, J.

Mary Mahoney, as Administratrix, etc., of Daniel H. Mahoney, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order appealed from reversed, and a new trial granted, with costs to abide the event. Opinion by Lewis, J.

Robert J. Waterman, Respondent, v. Addis E. Bowler, Appellant. — Judgment appealed from affirmed. Opinion by Dwight, P. J.

Thomas Pitts, Thomas Cranage, Sarah M. Pitts and Julia P. Cranage, Appellants, v. Philip W. Scribner, Respondent. — Order appealed from affirmed, with ten dollars costs and disbursements. Opinion by Lewis, J.

Bridget McAvoy, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order appealed from, affirmed.

Romine O. Bush, Respondent, v. Humphrey Folks, Appellant. — Judgment of the County Court of Cayuga county affirmed, with costs. Opinion by Macomber, J.

Miriam E. Garter, Respondent, v. The New York Central and Hudson River Railroad Company. — Judgment and order appealed from affirmed.

Charles F. Mellish, as Executor, etc., of Titus F. Butler, Deceased, Respondent, v. Thomas McMahon, Appellant. — Judgment appealed from affirmed, with costs. Opinion by Macomber, J.

The Walter A. Wood Mowing and Reaping Machine Company, Appellant, v. Robert H. Pearson, Respondent. — Judgment appealed from reversed and a new trial granted, with costs to abide the event. Opinion by Dwight, P. J.

[No. 1.] Benjamin B. Conable, Respondent, v. Edgar K. Smith, Surviving Defendant, Appellant. — Orders appealed from affirmed, with costs. Opinion by Macomber, J.

[No. 2.] Benjamin B. Conable, Respondent, v. Matison Keeney, Appellant. — Order appealed from affirmed, with costs. Opinion *Per Curiam*, left with Macomber, J.

Charles W. Hughitt, Respondent, v. Frank M. Hayes, Appellant. — Judgment appealed from affirmed, with costs.

The People of the State of New York, Respondent, v. James Hughes, Appellant. — Judgment of conviction appealed from affirmed. Opinion by Lewis, J.

John F Gates, Assignee, as Assignee for the Benefit of Creditors, Appellant, v. The Citizens' National Bank of Perry, Respondent. — Judgment appealed from reversed and a new trial granted, with costs to abide the event. Opinion by Lewis, J.; dissenting opinion by Childs, J.; Macomber, J., not sitting. Order to be entered as of January 22, 1892.

Robert C. Titus, Respondent, v. John B. Manning, Appellant. — Order appealed from affirmed, with ten dollars costs and disbursements.

In the Matter of the Application for the removal of Edward C. Hawks, as Trustee under the Will of Eli B. Smith, Deceased. — Decree of surrogate of Erie county removing the appellant, as testamentary trustee under the last will of Eli B. Smith, affirmed, with costs to be paid by the appellant personally.

Vito V. Campanello, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order appealed from affirmed.

The People of the State of New York. Plaintiff, v. Frank H. Hull and others, Defendants. — Judgment upon the submission is directed for the plaintiff that only one of the defendants is legally entitled to the office of, and to act as, supervisor for one ward in the city of Buffalo; that the defendant Frank H. Hull is entitled to the office of supervisor of the Fourth ward, and to the emoluments thereof, and that the defendant Thomas H. Munsell is entitled to the office of supervisor of the Third ward, and to the emoluments thereof. Opinion *Per Curiam*, left with Lewis, J.

Jennie L. Wheeler, by Guardian, Respondent, v. Henry T. Dunbar, Appellant. — Judgment appealed from affirmed.

John D. Foley, Respondent, v. William E. Hughitt and another, Appellants. — Order appealed from affirmed, with ten dollars costs and disbursements of appeal.

### Original Motions.

George W. Bennett, Appellant, v. John Taylor, Respondent. — Motion to dismiss appeal for non-service of papers granted, unless the appellant serve such papers within thirty days from date of this order.

Theresa Bauer, Administratrix, etc., Respondent, v. The City of Buffalo, Appellant. — Motion to amend order of this court denied.

William H. Warner, as Assignee, etc., Respondent, v. Clarence H. Lake, Sheriff, etc., Appellant. — Motion to amend order of this court granted.

Hervey Sanford, Respondent, v. Isaac B. Moss, Appellant. — Motion for reargument or for leave to appeal to the Court of Appeals denied.

William M. English, Respondent, v. Henry S. Sill and James H. Lee and others. Appellants. — Motion for reargument or for leave to appeal to Court of Appeals denied.

James E. Ketchum and others, Respondents, v. Elizabeth A. Herrington, Appellant. — Motion for a reargument denied.

Betsey Whitman, as Administratrix, etc., v. Matthew F. Foley and others. — Motion to dismiss appeal denied, without costs to either party.

County of Orleans, Respondent, v. Mary E. Winchester and another, Appellants. — Motion for leave to appeal to the Court of Appeals denied.

John Lindsay, Respondent, v. Lute S. Tansley, Appellant. — Motion for reargument or for leave to appeal to Court of Appeals denied.